LORENC Law LLC
62 West 45th Street, Suite 903
New York, New York 10036
Attn. Robert C. Lorenc

UNITED STATES COURT DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:                                              CASE #: 1:24-cv-08649-JAV
                                                        (On Appeal to SDNY)

JJ ARCH LLC,                                       (BK Case No. 24-10381 (JPM))

                    Appellant/Debtor.
-------------------------------------------------------------------------x

# DESIGNATION OF THE RECORD & STATEMENT OF ISSUES
# FOR JJ ARCH LLC, APPELLANT

JJ Arch LLC, Appellant and debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "**Debtor**" and, such case, the "**Chapter 11 Case**"), by and through its undersigned counsel, hereby submits, pursuant to 28 U.S.C. § 157(c)(1) and Fed. R. Bankr. P. 8009, the following (i) Designation of the Record to be included in the record on appeal and (ii) Statement Of The Issues to be presented on the Appeal from 1) The Memorandum Opinion and Order signed on October 11, 2024 and docketed on October 11, 2024 in the Chapter 11 case as Bankruptcy Court ECF Docket No. 215 (the "Dismissal Order"), 2) All orders and decisions subsumed within the Dismissal Order including but not limited, and 3) All rulings implicitly or explicitly made at any of the hearings referenced above.[1]

---

[1] All docket numbers referenced in the designation of record include any exhibits, addendum, notes, and/or related correspondence uploaded and/or submitted therewith.

1

# Designation of the Record
## BK Case No. 24-10381 (JPM)

| Doc. No. | Date Entered | Description |
|---|---|---|
|  | *Filed & Entered:* 03/07/2024 | Auto- docket of credit card |
| 1 | *Filed & Entered:* 03/07/2024 | Voluntary Petition (Chapter 11) |
|  | *Filed & Entered:* 03/08/2024 | Add Judge |
| 2 | *Filed & Entered:* 03/08/2024 | Notice of Appointment of Trustee in a Chapter 11 Subchapter V Case |
| 3 | *Filed & Entered:* 03/11/2024 | Notice of Appearance |
| 4 | *Filed & Entered:* 03/14/2024 | Motion, Dismiss Case |
| 5 | *Filed & Entered:* 03/15/2024 | Motion to Shorten Time |
| 6 | *Filed & Entered:* 03/17/2024 | Objection to Motion |
| 7 | *Filed & Entered:* 03/18/2024 | 341(a) Notice (Chapter 11) |
| 8 | *Filed & Entered:* 03/18/2024 | Notice of Appearance |
| 9 | *Filed & Entered:* 03/18/2024 | Notice of Appearance |
| 10 | *Filed & Entered:* 03/18/2024 | Notice of Appearance |
| 11 | *Filed & Entered:* 03/18/2024 | Affidavit of Service |
| 12 | *Filed & Entered:* 03/18/2024 | Reply to Motion |
| 13 | *Filed & Entered:* 03/18/2024 | Motion to Join |
| 14 | *Filed & Entered:* 03/18/2024 | Declaration |

| | | | |
|---|---|---|---|
| 15 | *Filed & Entered:* | 03/18/2024 | Motion to Join |
| | *Filed & Entered:* | 03/19/2024 | Auto- docket of credit card |
| 16 | *Filed & Entered:* | 03/19/2024 | Affidavit Pursuant to LR 1007-2 |
| 17 | *Filed & Entered:* | 03/19/2024 | Notice of Agenda |
| 18 | *Filed & Entered:* | 03/19/2024 | Notice of Appearance |
| 19 | *Filed & Entered:* | 03/19/2024 | Application for Pro Hac Vice Admission |
| 20 | *Filed & Entered:* | 03/19/2024 | Notice of Appearance |
| 21 | *Filed & Entered:* | 03/20/2024 | Notice of Rescheduled Section 341 Meeting of Creditors |
| 22 | *Filed & Entered:* | 03/20/2024 | Matrix |
| 23 | *Filed & Entered:* | 03/20/2024 | Motion to Allow |
| 24 | *Filed: Entered:* | 03/20/2024 03/21/2024 | Certificate of Mailing - 341a Meeting |
| 25 | *Filed & Entered:* | 03/21/2024 | Certificate of Mailing |
| 26 | *Filed & Entered:* | 03/21/2024 | Notice of Appearance |
| | *Filed & Entered:* | 03/22/2024 | Auto- docket of credit card |
| 27 | *Filed & Entered: Terminated:* | 03/22/2024 04/29/2024 | Application for Pro Hac Vice Admission |
| 28 | *Filed & Entered:* | 03/22/2024 | Motion to Shorten Time |
| 29 | *Filed & Entered:* | 03/22/2024 | Notice of Appearance |
| 30 | *Filed & Entered:* | 03/22/2024 | Notice of Agenda |
| 31 | *Filed & Entered:* | 03/24/2024 | Schedules |

| | | | |
|---|---|---|---|
| 32 | Filed & Entered: | 03/24/2024 | Statement of Financial Affairs |
| 33 | Filed: Entered: | 03/24/2024 03/25/2024 | Certificate of Mailing PDF notice |
| | Filed & Entered: | 03/25/2024 | Auto- docket of credit card |
| | Filed & Entered: | 03/25/2024 | Auto- docket of credit card |
| 34 | Filed & Entered: | 03/25/2024 | Motion to Withdraw Document |
| 35 | Filed & Entered: | 03/25/2024 | Notice of Withdrawal |
| 36 | Filed & Entered: | 03/25/2024 | Notice of Agenda |
| 37 | Filed & Entered: | 03/25/2024 | Affidavit of Service |
| 38 | Filed & Entered: | 03/25/2024 | Motion for Relief from Stay (fee) |
| 39 | Filed & Entered: Terminated: | 03/25/2024 03/26/2024 | Motion to Shorten Time |
| 40 | Filed & Entered: | 03/25/2024 | Motion for Relief from Stay (fee) |
| 41 | Filed & Entered: | 03/25/2024 | Affidavit |
| 42 | Filed & Entered: Terminated: | 03/25/2024 03/26/2024 | Motion to Shorten Time |
| 43 | Filed & Entered: | 03/25/2024 | Declaration |
| 44 | Filed & Entered: | 03/26/2024 | Certificate of Mailing |
| 45 | Filed & Entered: | 03/26/2024 | Notice of Proposed Order/Presentment |
| 46 | Filed & Entered: | 03/26/2024 | Order Re: Motion to Shorten Time |
| 47 | Filed & Entered: | 03/26/2024 | Order Re: Motion to Shorten Time |
| 56 | Filed: | 03/26/2024 | Transcript |

|      |                  |            |                                  |
|------|------------------|------------|----------------------------------|
|      | *Entered:*       | 03/29/2024 |                                  |
| [48](#) | *Filed & Entered:* | 03/27/2024 | Certificate of Service         |
| [49](#) | *Filed & Entered:* | 03/27/2024 | Certificate of Service         |
| [50](#) | *Filed & Entered:* | 03/27/2024 | Letter                         |
| [51](#) | *Filed & Entered:* | 03/27/2024 | So Ordered Stipulation         |
| [52](#) | *Filed & Entered:* | 03/28/2024 | Certificate of Service         |
| [53](#) | *Filed & Entered:* | 03/28/2024 | Notice of Agenda               |
| [54](#) | *Filed & Entered:* | 03/28/2024 | Motion to Impose Automatic Stay |
| [55](#) | *Filed & Entered:* | 03/28/2024 | Notice of Hearing              |
| [57](#) | *Filed & Entered:* | 03/29/2024 | Notice of Appearance           |
| [58](#) | *Filed & Entered:* | 04/01/2024 | Affidavit of Service           |
| [59](#) | *Filed & Entered:* | 04/01/2024 | Transcript                     |
| [60](#) | *Filed & Entered:* | 04/01/2024 | Objection                      |
| [61](#) | *Filed & Entered:* | 04/01/2024 | Declaration                    |
| [62](#) | *Filed & Entered:* | 04/01/2024 | Response to Motion             |
| [63](#) | *Filed & Entered:* | 04/01/2024 | Response to Motion             |
| [64](#) | *Filed & Entered:* | 04/02/2024 | Transcript                     |
| [65](#) | *Filed & Entered:* | 04/03/2024 | Transfer Order                 |
| [66](#) | *Filed & Entered:* | 04/03/2024 | Notice of Appearance           |

| | | | |
|---|---|---|---|
| 67 | *Filed & Entered:* | 04/03/2024 | Letter |
| 68 | *Filed & Entered:* | 04/04/2024 | Notice of Agenda |
| 69 | *Filed & Entered:* | 04/04/2024 | Reply to Motion |
| 70 | *Filed & Entered:* | 04/04/2024 | Reply to Motion |
| 71 | *Filed & Entered:* | 04/04/2024 | Notice of Agenda |
| 72 | *Filed & Entered:* | 04/05/2024 | Notice of Meeting of Creditors |
| 73 | *Filed & Entered:* | 04/05/2024 | Application to Employ |
| 74 | *Filed & Entered:* | 04/06/2024 | Notice of Proposed Order/Presentment |
| 75 | *Filed & Entered:* | 04/08/2024 | Affidavit of Service |
| 76 | *Filed & Entered:* | 04/08/2024 | Affidavit of Service |
| 77 | *Filed & Entered:* | 04/10/2024 | Transcript |
| 78 | *Filed & Entered:* | 04/11/2024 | Notice of Appearance |
| 79 | *Filed & Entered:* | 04/11/2024 | Opposition |
| 80 | *Filed & Entered:* | 04/12/2024 | Letter |
| 81 | *Filed & Entered:* | 04/12/2024 | Notice of Adjournment of Hearing |
| 82 | *Filed & Entered:* | 04/12/2024 | Letter |
| 83 | *Filed & Entered:* | 04/13/2024 | Notice of Adjournment of Hearing |
| 84 | *Filed & Entered:* | 04/15/2024 | Notice of Adjournment of Hearing |
| 85 | *Filed & Entered:* | 04/16/2024 | Motion to Compel |

| | | | |
|---|---|---|---|
| 86 | *Filed & Entered:* *Terminated:* | 04/16/2024 04/17/2024 | Motion to Shorten Time |
| 87 | *Filed & Entered:* | 04/16/2024 | Affidavit of Service |
| 88 | *Filed & Entered:* | 04/16/2024 | Objection to Motion |
| 89 | *Filed & Entered:* | 04/16/2024 | Letter |
| 90 | *Filed & Entered:* | 04/17/2024 | Order Re: Motion to Shorten Time |
| 91 | *Filed & Entered:* | 04/19/2024 | Objection to Motion |
| 92 | *Filed & Entered:* | 04/19/2024 | Application to Employ |
| 93 | *Filed & Entered:* | 04/22/2024 | Status Report |
| 94 | *Filed & Entered:* | 04/23/2024 | Affidavit of Service |
| 95 | *Filed & Entered:* | 04/25/2024 | Status Report |
| 96 | *Filed & Entered:* | 04/25/2024 | Notice of Hearing |
| 97 | *Filed & Entered:* | 04/25/2024 | Affidavit of Service |
|    | *Filed & Entered:* | 04/29/2024 | Auto- docket of credit card |
| 98 | *Filed & Entered:* *Terminated:* | 04/29/2024 04/30/2024 | Application for Pro Hac Vice Admission |
| 99 | *Filed & Entered:* | 04/29/2024 | Order Re: Application for Pro Hac Vice |
| 100 | *Filed & Entered:* | 04/29/2024 | Motion to Set Last Day to File Proofs of Claim |
| 101 | *Filed & Entered:* | 04/30/2024 | Order Re: Application for Pro Hac Vice |
| 102 | *Filed & Entered:* | 04/30/2024 | Notice of Adjournment of Hearing |

| | | | |
|---|---|---|---|
| 103 | Filed & Entered: | 04/30/2024 | Notice of Agenda |
| 104 | Filed & Entered: | 04/30/2024 | Response |
| 105 | Filed & Entered: | 05/01/2024 | Letter |
| 106 | Filed & Entered: | 05/02/2024 | Affidavit of Service |
| 107 | Filed & Entered: | 05/07/2024 | Objection to Motion |
| 108 | Filed & Entered: | 05/09/2024 | Operating Report |
| 109 | Filed & Entered: | 05/10/2024 | Notice of Appearance |
| 110 | Filed & Entered: Terminated: | 05/10/2024 06/21/2024 | Motion to Confirm Termination or Absence of Stay |
| 111 | Filed & Entered: | 05/10/2024 | Statement |
| 112 | Filed & Entered: | 05/10/2024 | Response |
| 113 | Filed & Entered: | 05/13/2024 | Notice of Adjournment of Hearing |
| 114 | Filed & Entered: | 05/15/2024 | Affidavit of Service |
| 115 | Filed & Entered: | 05/30/2024 | Notice of Adjournment of Hearing |
| 116 | Filed & Entered: | 05/30/2024 | Notice of Agenda |
| 117 | Filed & Entered: | 05/30/2024 | Letter |
| 118 | Filed & Entered: Terminated: | 06/01/2024 07/02/2024 | Motion to Withdraw as Attorney |
| 119 | Filed & Entered: Terminated: | 06/03/2024 07/15/2024 | Motion to Withdraw as Attorney |
| 120 | Filed & Entered: | 06/03/2024 | Motion to Withdraw as Attorney |

|   | *Terminated:* | 07/02/2024 |   |
|---|---|---|---|
| [121](#) | *Filed & Entered:* | 06/03/2024 | Notice of Proposed Order/Presentment |
| [122](#) | *Filed & Entered:* | 06/03/2024 | Notice of Proposed Order/Presentment |
| [123](#) | *Filed & Entered:* | 06/04/2024 | Notice of Hearing |
| [124](#) | *Filed & Entered:* | 06/05/2024 | Amended Voluntary Petition |
| [125](#) | *Filed & Entered:* | 06/05/2024 | Affidavit of Service |
| [126](#) | *Filed & Entered:* | 06/05/2024 | Notice of Hearing |
| [127](#) | *Filed & Entered:* | 06/06/2024 | Affidavit of Service |
| [128](#) | *Filed & Entered:* | 06/10/2024 | Motion to File Proof of Claim After Claims Bar Date |
| [129](#) | *Filed & Entered:* *Terminated:* | 06/10/2024 07/12/2024 | Application to Employ |
| [130](#) | *Filed & Entered:* | 06/10/2024 | Motion to Set Last Day to File Proofs of Claim |
| [131](#) | *Filed & Entered:* | 06/10/2024 | Written Opinion |
| [132](#) | *Filed & Entered:* | 06/10/2024 | Written Opinion |
| [133](#) | *Filed & Entered:* | 06/11/2024 | Notice of Proposed Order/Presentment |
| [134](#) | *Filed & Entered:* | 06/11/2024 | Notice of Proposed Order/Presentment |
| [135](#) | *Filed & Entered:* | 06/11/2024 | Affidavit of Service |
|   | *Filed & Entered:* | 06/12/2024 | Notice of Continuance of Meeting of Creditors |
| [136](#) | *Filed: Entered:* | 06/12/2024 06/13/2024 | Transcript |
| [137](#) | *Filed & Entered:* | 06/17/2024 | Reply to Motion |

| 138 | Filed & Entered: | 06/17/2024 | Notice of Withdrawal |
| --- | --- | --- | --- |
| 139 | Filed & Entered: | 06/18/2024 | Certificate of Service |
| 140 | Filed & Entered: | 06/18/2024 | Response to Motion |
| 141 | Filed & Entered: | 06/18/2024 | Notice of Agenda |
| 142 | Filed & Entered: | 06/19/2024 | Objection to Motion |
| 143 | Filed & Entered: | 06/20/2024 | Motion to Join |
| 144 | Filed & Entered: | 06/20/2024 | Response to Motion |
| 145 | Filed & Entered: | 06/21/2024 | Order Re: Motion to Confirm Termination or Absence of Stay |
|  | Filed & Entered: | 06/24/2024 | Auto- docket of credit card |
| 146 | Filed & Entered: | 06/24/2024 | Notice of Appearance |
| 147 | Filed & Entered: | 06/24/2024 | Notice of Appeal |
| 148 | Filed & Entered: | 06/24/2024 | Response |
| 149 | Filed & Entered: | 06/24/2024 | Designation of Contents (appellant) |
| 150 | Filed & Entered: | 06/24/2024 | Affidavit of Service |
| 151 | Filed & Entered: | 06/24/2024 | Certificate of Service |
| 152 | Filed & Entered: | 06/25/2024 | Chapter 11 Monthly Operating Report UST Form 11-MOR |
| 153 | Filed & Entered: Terminated: | 06/27/2024 08/07/2024 | Application for Final Professional Compensation |
| 154 | Filed & Entered: | 06/27/2024 | Notice of Hearing |

| | | | |
|---|---|---|---|
| 155 | Filed & Entered: | 06/27/2024 | Certificate of Service |
| 156 | Filed & Entered: | 06/27/2024 | Certificate of Service |
| 157 | Filed & Entered: | 07/02/2024 | Order Re: Motion to Withdraw as Attorney |
| 158 | Filed & Entered: | 07/02/2024 | Order Re: Motion to Withdraw as Attorney |
| 159 | Filed & Entered: | 07/02/2024 | Designation of Contents (appellant) |
| 160 | Filed & Entered: | 07/05/2024 | Motion to Extend/Limit Exclusivity Period |
| 161 | Filed & Entered: | 07/09/2024 | Civil Cover Sheet |
| 162 | Filed & Entered: | 07/09/2024 | Notice of Hearing |
| 163 | Filed & Entered: | 07/12/2024 | Order RE: Application to Employ |
| 164 | Filed & Entered: | 07/15/2024 | Order Re: Motion to Withdraw as Attorney |
| | Filed & Entered: | 07/16/2024 | Terminate Pending Deadlines |
| 165 | Filed & Entered: | 07/16/2024 | Counter Designation (appellee) |
| 166 | Filed & Entered: | 07/17/2024 | Notice of Withdrawal |
| 167 | Filed & Entered: | 07/17/2024 | Notice of Appearance |
| 168 | Filed & Entered: | 07/17/2024 | Notice of Appearance |
| 169 | Filed & Entered: | 07/17/2024 | Certificate of No Objection Pursuant to LR 9013-3 |
| 170 | Filed & Entered: | 08/06/2024 | Motion, Dismiss Case |
| 171 | Filed & Entered: | 08/07/2024 | Notice of Hearing |
| 172 | Filed & Entered: | 08/07/2024 | Order RE: Application for Final Professional Compensation |

| 173 | Filed & Entered: | 08/08/2024 | Affidavit of Service |
|---|---|---|---|
| 174 | Filed & Entered: | 08/13/2024 | Opposition |
| 175 | Filed & Entered: | 08/19/2024 | Status Report |
| 176 | Filed & Entered: | 08/19/2024 | Notice, Transmittal of Record Of Appeal To USDC SDNY (BNC) |
| 177 | Filed & Entered: | 08/20/2024 | Notice of Adjournment of Hearing |
| 178 | Filed & Entered: | 08/20/2024 | Notice of Adjournment of Hearing |
| 179 | Filed & Entered: | 08/21/2024 | Affidavit of Service |
| 180 | Filed: Entered: | 08/21/2024 08/22/2024 | Certificate of Mailing - Ntc Of Transmittal Of ROA To USDC SDNY |
| 181 | Filed & Entered: | 09/03/2024 | Chapter 11 Monthly Operating Report UST Form 11-MOR |
| 182 | Filed & Entered: | 09/03/2024 | Chapter 11 Monthly Operating Report UST Form 11-MOR |
| 183 | Filed & Entered: | 09/03/2024 | Chapter 11 Monthly Operating Report UST Form 11-MOR |
| 184 | Filed & Entered: | 09/03/2024 | Ch 11 Small Business Plan |
| 184 | Filed & Entered: | 09/03/2024 | Small Bus Disclosure Statement |
| 185 | Filed & Entered: | 09/03/2024 | Objection to Motion |
| 186 | Filed & Entered: | 09/05/2024 | Status Report |
| 187 | Filed & Entered: | 09/06/2024 | Motion to File Under Seal |
| 188 | Filed & Entered: | 09/06/2024 | Reply to Motion |
| 189 | Filed & Entered: | 09/09/2024 | Response to Motion |
| 190 | Filed & Entered: | 09/11/2024 | Notice of Adjournment of Hearing |

| | | | |
|---|---|---|---|
| 191 | Filed & Entered: | 09/12/2024 | Affidavit of Service |
| 194 | Filed: Entered: | 09/13/2024 09/20/2024 | Transcript |
| 192 | Filed & Entered: | 09/18/2024 | Complaint |
| 193 | Filed & Entered: | 09/19/2024 | Letter |
| 195 | Filed & Entered: | 09/23/2024 | Transfer Order |
| 196 | Filed & Entered: | 09/23/2024 | Status Report |
| 197 | Filed & Entered: | 09/23/2024 | Letter |
| 198 | Filed & Entered: | 09/24/2024 | Letter |
| 199 | Filed & Entered: | 09/24/2024 | Letter |
| 200 | Filed & Entered: | 09/25/2024 | Letter |
| 201 | Filed & Entered: | 09/25/2024 | Ch. 11 Subch V Case Trustee's Report of NoDistribution B-case dism or conv, fee award recd |
| 202 | Filed & Entered: | 09/25/2024 | Order Discharging Chapter 11 Subchapter V Trustee |
| 203 | Filed & Entered: | 09/26/2024 | Letter |
| 204 | Filed: Entered: | 09/28/2024 09/29/2024 | Certificate of Mailing - Order Discharging Chapter 11 Subchapter V Trustee |
| 205 | Filed & Entered: | 09/30/2024 | Letter |
| 206 | Filed & Entered: | 10/01/2024 | Notice of Withdrawal |
| 207 | Filed & Entered: | 10/04/2024 | Motion for Mediation |
| 208 | Filed & Entered: | 10/07/2024 | Notice of Hearing |
| 209 | Filed & Entered: | 10/09/2024 | Notice of Adjournment of Hearing |

| | | | |
|---|---|---|---|
| 210 | Filed & Entered: | 10/10/2024 | Motion to Authorize |
| 211 | Filed & Entered: | 10/10/2024 | Declaration |
| 212 | Filed & Entered: | 10/10/2024 | Notice of Hearing |
| 213 | Filed & Entered: | 10/10/2024 | Motion to File Under Seal |
| 214 | Filed & Entered: | 10/11/2024 | Certificate of Mailing |
| 215 | Filed & Entered: | 10/11/2024 | Written Opinion |
| 216 | Filed & Entered: | 10/16/2024 | Notice |
| 217 | Filed: Entered: | 10/18/2024 10/19/2024 | Certificate of Mailing PDF notice |
| | Filed & Entered: | 10/22/2024 | Auto- docket of credit card |
| 218 | Filed & Entered: | 10/22/2024 | Notice of Appeal |
| 219 | Filed & Entered: Terminated: | 10/22/2024 11/26/2024 | Motion to Withdraw as Attorney |
| 220 | Filed & Entered: | 10/23/2024 | Affidavit of Service |
| 221 | Filed & Entered: | 10/24/2024 | Letter |
| 222 | Filed & Entered: Terminated: | 10/28/2024 10/30/2024 | Letter |
| 223 | Filed & Entered: | 10/28/2024 | Letter |
| 224 | Filed & Entered: | 11/14/2024 | Civil Cover Sheet |
| 225 | Filed: Entered: | 11/19/2024 11/20/2024 | Order of U.S. District Court Judge |
| 226 | Filed & Entered: | 11/20/2024 | Order of U.S. District Court Judge |

| | | | |
|---|---|---|---|
| 227 | Filed & Entered: | 11/21/2024 | Order (GENERIC) |
| 228 | Filed & Entered: | 11/26/2024 | Letter |
| 229 | Filed & Entered: | 11/26/2024 | Order Re: Motion to Withdraw as Attorney |
| 230 | Filed & Entered: | 12/06/2024 | Notice of Hearing |
| 231 | Filed & Entered: | 12/06/2024 | Letter |
| 232 | Filed & Entered: | 12/09/2024 | Notice of Adjournment of Hearing |
| 233 | Filed & Entered: | 12/16/2024 | Letter |

## STATEMENT OF THE ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in granting Jarred Chassen ("Chassen") and ARCH Real Estate Holdings LLC's Joint Motion To Dismiss The Chapter 11 Case?

2. Whether the Bankruptcy Court erred in finding Debtor to have filed the Petition for Bankruptcy in Bad Faith?

3. Whether the Bankruptcy Court erred in finding that Section 1112(b)(2) did not apply as a matter of law to the factors at bar to not dismiss the Bankruptcy Court proceeding?

4. Whether the Bankruptcy Court erred in finding that relief from the automatic stay would result in a partial or complete resolution of the issues?

5. Where the Bankruptcy Court erred in finding that the Adversary Proceedings should not stay within the Jurisdiction of the Bankruptcy Court?

6. Whether the Bankruptcy Court erred in implicitly or explicitly finding that it has less expertise in determining issues of corporate control than the State Court?

7. Whether the Bankruptcy Court erred in implicitly or explicitly finding that the litigation involved primarily third parties?

8. Whether the Bankruptcy Court erred in implicitly or explicitly finding that the lifting of the automatic stay would not prejudice other creditors?

9. Whether the Bankruptcy Court erred in implicitly or explicitly finding the interests of judicial economy and the expeditious and economical resolution of litigation would be promoted by lifting the automatic stay?

10. Whether the Bankruptcy Court erred in failing to enforce discovery into issues bearing on the automatic stay before finding that cause existed to lift the automatic stay?

11. Whether the Bankruptcy Court erred in permitting the postponement of motions and proceedings in order for other parties to avoid discovery obligations?

12. Whether the Bankruptcy Court erred in implicitly or explicitly erred in calculating the impact of the stay on the parties and the balance of harms?

13. Whether the Bankruptcy Court erred in finding that the automatic stay did not apply to stay derivative claims belonging to the Debtor in a court other than the Bankruptcy Court?

14. Whether the Bankruptcy Court erred in exercising its discretion to lift the automatic stay to allow the prosecution of derivative claims belonging to the Debtor in a court other than the Bankruptcy Court?

15. Whether the Bankruptcy Court erred in failing to find that there is such identity between the debtor and the related parties that the debtor may be said to be the real party defendant?

Dated: New York, New York
February 14, 2025

                LORENC LAW LLC

                By: */s/ Robert C. Lorenc*
                    Robert C. Lorenc
                    62 West 45th Street, Suite 903
                    New York, New York 10036
                    (212) 628-0562
                    robert@lorenclaw.com
                    *Attorneys for the Debtor*